IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTONIO WILLIAMS                                                                    PETITIONER
ADC #94407

V.                                         NO. 5:05CV00208 JWC

LARRY NORRIS, Director,                                                             RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 1st day of December, 2005.


                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE